UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARMAINE CARRINGTON,

    Petitioner,

v.

JOE ALANIZ,

    Respondent.

Case No. 26-cv-12089

Honorable Robert J. White

## ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS

On June 23, 2026, Charmaine Carrington filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1). Carrington did not pay the required filing fee when she filed the petition, nor did she apply to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914(a); 28 U.S.C. § 1915; Rule 3 of the Rules Governing § 2254 Cases. The Court issued an Order to Correct Deficiency on June 26, 2026, requiring Carrington to either pay the filing fee or submit a properly completed *in forma pauperis* application. (ECF No. 4). The order cautioned that failure to correct the deficiency could result in dismissal of this case.

The time for submitting the filing fee or moving to proceed *in forma pauperis* has passed. Carrington has not corrected the deficiency. The Court, therefore, dismisses the habeas petition without prejudice. The Court makes no determination as to its merits. This case is closed. Should Carrington wish to seek federal habeas

relief, she must file a new habeas case with payment of the filing fee or an *in forma pauperis* application. This case will not be reopened.

Accordingly, IT IS ORDERED that the petition for a writ of habeas corpus (ECF No. 1) is DISMISSED WITHOUT PREJUDICE.

A certificate of appealability is not needed to appeal the denial of a habeas petition filed under § 2241. *Witham v. United States*, 355 F.3d 501, 504 (6th Cir. 2004).

The Court concludes that an appeal of this decision cannot be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); *Coppedge v. United States*, 369 U.S. 438, 445 (1962).

SO ORDERED.

Dated: July 27, 2026                              s/Robert J. White                        
                                                  Robert J. White
                                                  United States District Judge

2