UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARMAINE CARRINGTON,

     Petitioner,

v.

JOE ALANIZ,

     Respondent.

Case No. 26-cv-12089

Honorable Robert J. White

## JUDGMENT

The Court has dismissed the petition for writ of habeas corpus without prejudice.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiff.  Costs to be permitted in accordance with law.

KINIKIA D. ESSIX
CLERK OF COURT

By:_ s/Tara Villereal_____
Deputy Clerk

July 27, 2026

Approved:_ s/Robert J. White_____
Robert J. White
United States District Judge